CA 05 015L

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Rhode Island | |
|---|---|---|
| Name of Movant: Raymond Anderson | Prisoner No. 04947-070 | Docket No. 1:00CR00141-05L |
| Place of Confinement: USP Lewisburg | | |

(include name upon which convicted)

UNITED STATES OF AMERICA V. Raymond Anderson

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United State District Court of RI / One Exchange Terrace, Providence, RI, 02903

2. Date of judgment of conviction November 13, 2002

3. Length of sentence 360 months (30yrs)

4. Nature of offense involved (all counts) Conspiracy to commit carjacking and to carjacking resulting in death.

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☑
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
   - (a) Jury ☐
   - (b) Judge only ☑

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

(1)

AO 243
REV 6/82

9. If you did appeal, answer the following:

(a) Name of court District of RI; United States Courts of Appeals

(b) Result Denied

(c) Date of result Jan 15, 2004

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ____________________

(6) Date of result ____________________

(c) As to any third petition, application or motion, give the same information:

(1) Name of court ____________________

(2) Nature of proceeding ____________________

____________________

(3) Grounds raised ____________________

____________________

____________________

____________________

____________________

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ____________________

(6) Date of Result ____________________

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐
(3) Third petition, etc. Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

____________________

____________________

____________________

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assissstance; requarding "Evidentiary hearing"

Supporting FACTS (tell your story *briefly* without citing cases or law: It was never brought, to my attention, what The state, had on me, But my attoney, gave The perception, that the state held vital information. Which come to find out, They didn't. I wald of never plead out, if I knew, or was told.

B. Ground two: Ineffective Assisstance; "Coerced Conviction"

Supporting FACTS (tell your story *briefly* without citing cases or law): The lack of knowledge, via dealings with federal law, or law period, left me vunerable. An instead of my counsel, using his knowledge, to help; he painted a picture, as though, my best intrest, or only option, was to plead out, [illegible]

C. Ground three: Ineffective Plea"

Supporting FACTS (tell your story *briefly* without citing cases or law): I never agreed to testifing, under The rules given; not knowingly. I was placed on The news, newspapers, as testifying.

AO 243
REV 6/82

D. Ground four: Ineffective Assisstance; reguarding "Preperation"

Supporting FACTS (tell your story *briefly* without citing cases or law): The lawyer in question, never handled a Federal case, let allow a Federal Murder case! So There forTh, he isn't equipped in handling, such a matter.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Robert Mann Esq.
501 Turks Head Place/Providence, RI, 02903

(b) At arraignment and plea Robert Mann Esq.
501 Turks Head place/Providence, RI, 02903

(c) At trial —

(d) At sentencing Robert Mann Esq.
501 Turks Head Place/Providence, RI, 02903

D) Grounds five: Ineffective Assisstance; requarding "Status hearing."

I wasn't fully kept, abreast of The proceedings. Motions, arguments; were never heard; he accepted everyThing from prosecution.

E) Grounds six: Ineffective Assisstance; requarding "With holding Information."

Never has he, made point to argue, my charge, or talk about The evidence concearning myself. My lawyer never told me the pro's & con's of This case only The con's.

G) Grand seven: Ineffective Assisstance; requarding "Indictment."

From The beginning, the statements, The charge, The intent, even to my state of mind; was never trully argued. I've plead to charges, That never fit me.

H) Grand eight: Ineffective Assisstance; requarding "Appeal"

If motions, were placed before hand, like I've asked, as far as, protection etc; I believe Things to be differently. as well as, if I had an effective counsel, he wald of seen, my previous lawyer, was ineffective, and wald of place a motion.

I) Grond nine: "State of mind;" during pleading.

I've just had my first child, my first time in jail, for a crime, I didn't commit, as well as facing death, during turning of age. There is no way, I could be in a stable mind frame pleading out.

J) Ground ten: "The charge," conspiracy to commit carjacking, carjacking resulting in morder.

I've never conspired, nor thought, or knew, someone was going to, get killed. Everytime I mentioned, I tried to stop it, it was always never enough, in everyones eyes. But I never carjacked anyone, expecially resulting in death.

K) Grand eleven: "Enhancement."

I was enhanced, because I'm not guilty, of the charge.

L) Grand twelve: 5K1 Rule; 3 Ineffective

I've asked for protection, I've asked to be kept out of the newspaper (media) My life been placed in danger..

AO 243
REV 6/82

(e) On appeal Robert Mann Esq.
501 Turks Head Place / Providence, RI, 02903

(f) In any post-conviction proceeding ______

(g) On appeal from any adverse ruling in a post-conviction proceeding ______

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: ______

(b) Give date and length of the above sentence: ______

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

______
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1/5/05
(date)

______
Signature of Movant