# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Raymond Anderson

VS.

CR NO. 05-015L

USA

**ORDER**

The government's response to the Defendant's motion to vacate, set aside, or correct sentence is due on February 13, 2005.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 1/18/05

BY Order:

Deputy Clerk

FILED
2005 JAN 19 P 4:23
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(2)