UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND ANDERSON | ) | |
| | ) | |
| v. | ) | CA. NO: 05-015L |
| | ) | |
| USA | ) | |

**GOVERNMENT'S AMENDED MOTION TO EXTEND TIME**

On January 14, 2005, the defendant, Raymond Anderson ("Anderson"), filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. On January 19, 2005, the United States received an Order directing the government to file a response on February 13, 2005.[1] In his motion, Anderson sets forth twelve seperate grounds for relief. The United States requests additional time to respond to Anderson's numerous complaints. Anderson is currently serving a thirty year sentence for carjacking. He is also serving a consecutive five year sentence for assaulting a federal officer. He will therefore suffer no harm based on this request for additional time. The United States requests a one month extension, up to and including March 14, 2005 to file it's response to Anderson's motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

[1]February 13, 2005 is a Sunday. The response would actually be due February 14, 2005.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2005, I caused to be sent a true copy of the within Government's Amended Motion to Extend Time by regular first class mail to:

Raymond Anderson, Inmate #04947-070
USP Lewisburg
R.D. #5, P.O. Box 1000
Penn Road
Lewisburg, PA 17837

K Anderson