UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND ANDERSON )
)
v. ) CA. NO: 05-015L
)
USA )

**GOVERNMENT'S AMENDED MOTION TO EXTEND TIME**

On January 14, 2005, the defendant, Raymond Anderson ("Anderson"), filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. On January 19, 2005, the United States received an Order directing the government to file a response on February 13, 2005.[1] In his motion, Anderson sets forth twelve seperate grounds for relief. The United States requests additional time to respond to Anderson's numerous complaints. Anderson is currently serving a thirty year sentence for carjacking. He is also serving a consecutive five year sentence for assaulting a federal officer. He will therefore suffer no harm based on this request for additional time. The United States requests a one month extension, up to and including March 14, 2005 to file it's response to Anderson's motion.

Granted:
Ronald R. Lagueux
Sr. USDJ 2/15/05

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

---

[1]February 13, 2005 is a Sunday. The response would actually be due February 14, 2005.

4