IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND ANDERSON )
)
vs. ) C.A. No. 05-015L
)
UNITED STATES OF AMERICA )

**GOVERNMENT'S MOTION TO FILE MEMORANDUM EXCEEDING TEN PAGES**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant U. S. Attorney, and moves this Court to allow the government to file a memorandum with attachments which exceeds ten pages. For grounds, the government states that the additional pages are necessary to adequately address the arguments made in petitioner's motion and to fully develop the facts and travel of the case which were not set forth in the motion filed by petitioner.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

Robert Clark Corrente
United States Attorney

Kenneth P. Madden for
Gerard B. Sullivan
Assistant U.S. Attorney

5

CERTIFICATION

I hereby certify that on the 15th day of March, 2005, I mailed a true copy of the Within Government's Motion To File Memorandum Exceeding Ten Pages, ordinary mail and postage prepaid to:

Raymond Anderson
Reg. No. 04947-070
USP Lewisburg
R.D. #5, P.O. Box 1000
Penn Road
Lewisburg, PA 17837

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND ANDERSON | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-015L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S NOTICE OF CERTIFICATION OF SERVICE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant U. S. Attorney, and gives notice that on March 15, 2005 it sent by ordinary mail, postage prepaid, a Motion, Government's Memorandum in Support of Its Objection to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, and this Notice to Raymond Anderson at the address listed below.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

Robert Clark Corrente
United States Attorney

Kenneth P. Madden for
Gerard B. Sullivan
Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 15th day of March, 2005, I mailed a true copy of the Within Government's Notice of Certification of Service, ordinary mail and postage prepaid to:

Raymond Anderson
Reg. No. 04947-070
USP Lewisburg
R.D. #5, P.O. Box 1000
Penn Road
Lewisburg, PA 17837