IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND ANDERSON | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-015L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**<u>GOVERNMENT'S MOTION TO FILE MEMORANDUM EXCEEDING TEN PAGES</u>**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant U. S. Attorney, and moves this Court to allow the government to file a memorandum with attachments which exceeds ten pages. For grounds, the government states that the additional pages are necessary to adequately address the arguments made in petitioner's motion and to fully develop the facts and travel of the case which were not set forth in the motion filed by petitioner.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

Robert Clark Corrente
United States Attorney

Granted:
Ronald R. Lagueux
Sr. USDJ 3/17/05

Kenneth P. Madden for
Gerard B. Sullivan
Assistant U.S. Attorney



6