UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RAYMOND ANDERSON

V. C.A. No. 05-015L

UNITED STATES OF AMERICA

MEMORANDUM AND ORDER

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence hereby is denied and dismissed.

The petition is utterly and completely frivolous. Not one of petitioner's claims of ineffective assistance of counsel makes any sense let alone establish a basis for vacation of sentence.

It is so ordered.

Ronald R. Lagueux
Senior Judge
April 19, 2005

8