UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Raymond Anderson

v. C.A. No. 05-15L

USA

**JUDGMENT**

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant USA in accordance with the Court's Memorandum and Order dated 4/19/05 denying the Petitioner's motion under 28 U.S.C. § 2255.

Deputy Clerk
April 19, 2005

9